UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRENDA HOLLOWAY,**

    Plaintiff,

v.                                **CASE NO. 8:08-CV-1208-T-33TBM**

**SELECT HOTELS GROUP, LLC,** d/b/a
Hyatt Place Busch Bardens, and
**KURT STRAUSS,**

    Defendants.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on **March 27, 2009**, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

   __X__         Defendants and their counsel were in attendance.

   __X__         Plaintiff and her counsel were in attendance.

   _____         Designated corporate representatives.

   _____         Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:  NONE

(c) The outcome of the mediation conference was:

   __X__         The case completely settled.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with

        Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____    <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve:

_____    <u>The conference was continued</u> with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding Judge.  Mediation Reports will be filed after additional conferences are complete.

_____    <u>The parties reached an impasse</u>.

Done this 30th day of March, 2009, in Tampa, Florida.

        /s/ Mark A. Hanley
        **Mark A. Hanley**
        mhanley@glennrasmussen.com
        Florida Bar No: 328405
        **GLENN RASMUSSEN FOGARTY**
        **  & HOOKER, P.A.**
        100 S. Ashley Drive, Suite 1300
        Tampa, FL 33602
        (813) 229-3333 - Telephone
        (813) 229-5946 - Facsimile
        **MEDIATOR**

cc:    Counsel of Record