UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRENDA HOLLOWAY,

      Plaintiff,

v.

                        Case No.  8:08-cv-1208-T-33TBM

SELECT HOTELS GROUP, LLC, d/b/a
Hyatt Place Busch Gardens, and
KURT STRAUSS,

      Defendants.
_____/


**ORDER**

    This matter comes before the Court pursuant to the Mediator's report (Doc. # 36), which was filed on March 30, 2009.  The Mediator reports that this case has been fully settled.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED:**

    That this cause be and the same is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY (60)** days of the date hereof, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen the action, *upon good cause being shown*.  After that **SIXTY (60)** day period, however, without further order, this dismissal shall be deemed *with prejudice*.  The Clerk is directed

to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>1st</u> day of April, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record